# EXHIBIT N
(to Plaintiff's Motion for Partial Summary Judgment)

Plaintiff's Deposition Exhibit 7

Nael Algothani
2014 camp panel
with Kennedy signed letter

Kennedy_1

# Department of Veterans Affairs

# Memorandum

Date: May 22, 2014

From: Chief, Anesthesia Service, Columbia SC VA Medical Center (185)

Subj: Exception to the Under Secretary for Health's Established Pay Cap of $275,000—Dr. Nael Alghothani, Anesthesiologist

To: Director, VA Southeast Network (10N7)

Thru: Medical Center Director, Columbia, SC VA Medical Center (544/00)
Chief of Staff, Columbia, SC VA Medical Center (544/11)
Chief, Human Resources Service, Columbia, SC VA Medical Center (544/05)

1. I recommend that Dr. Nael Alghothani, MD, receive an exception to the local Medical Center Director's established pay cap of $275,000. We propose an annual salary rate of $288,500 (which is within the Table 4/Tier 1 range).

2. Dr. Alghothani's market pay determination was based on the AAMC Southern-Region Survey data that showed a median base salary of $331,00 for an Associate Professor. The 2012 Hay Group data provides median total cash compensation of $329,700 for anesthesiologist in the Columbia, South Carolina geographic area.

3. Dr. Alghothani has over 10 years of experience in anesthesia with experience as staff anesthesiologists at Martin memorial Healthcare in Stuart, FL from 2001 to present. His residency was at the University of Miami in anesthesiology from 1998 to 2001. He is ABA Board Certified and his ACLS, BLS, and PALS is current. His vast experience and expertise will significantly improve the quality of care provided to our veterans.

4. This position has been vacant since January 2014 and with the concurrence of this request the Dorn VA Medical Center will be able to recruit and maintain quality physicians.

5. With a large catchment area, the Wm. Jennings Bryan Dorn Department of Veterans Affairs Medical Center (Dorn VAMC) has a significant number of Veteran patients requiring anesthesia services. Dr. Alghothani's medical knowledge and experience will ensure veterans at Dorn will continue to receive the quality of care they deserve.

Richard M. Kennedy III, MD
Acting Chief, Anesthesia Service

**Kennedy_2**

Meets/Does Not Meet Technical Requirements

*[signature]*

Phyllis A. Jones
Chief, Human Resources

Concur/Nonconcur

*[signature]*

Bernard L. DeKoning, MD, FAAFP
Chief of Staff

Concur/Nonconcur

*[signature]*

Timothy B. McMurry, EdD, MSN, BSN
Medical Center Director

Approved/Disapproved

*[signature]*, FACHE

Charles E. Sepich, FACHE
Director VA Southeast Network, VISN 7

**Kennedy_3**

# Department of Veterans Affairs

## COMPENSATION PANEL ACTION

| NAME | | LAST 4 DIGITS OF SSN | DATE |
|---|---|---|---|
| ALGHOTHANI, NAEL | | | May 27, 2014 |

| SERVICE/LOCATION | ASSIGNMENT | CURRENT TIER | ANNUAL SALARY |
|---|---|---|---|
| WJB Dorn VA, Columbia SC | Anesthesiologists | Tier 1 | $ |

### PART A - REASON FOR COMPENSATION PANEL REVIEW

Initial Pay Determination  (•)      Biennial Review  ( )      Other *(explain below)*  ( )

Request panel to review Dr. Alghothani, new hire in Anesthesia Service.

Request pay of $288,500

| SUPERVISOR'S APPROVAL *(Print name below)* | SIGNATURE | DATE |
|---|---|---|
| | | |

**PARTS B AND C TO BE COMPLETED BY COMPENSATION PANEL AND APPROVING OFFICIAL**

### PART B - PANEL FINDINGS

*Consideration of the Panel shall take into account the (1) level of experience in a specialty or assignment; (2) need for the specialty/assignment at the facility; (3) health care labor market for the specialty/assignment; (4) board certifications; (5) accomplishments in the specialty or assignment; (6) prior VHA experience; (7) other considerations/comments; and (8) non-foreign cost -of -living allowance.*

See attached documentation.

Pay includes compensation for being Board Certified. If Board Certification is not maintained it will result in an adverse effect on total compensation.

If position responsibilities change, another pay panel will be convened to determine appropriate compensation.

VA FORM
DEC 2005 **10-0432A**

Page 1 of 2

**Kennedy_4**

| PANEL FINDINGS - Continued |
|---|
| Anesthesiology Pay Table 4, Tier 1 range is $98,967 to $295,000 pa |
| The physician compensation panel has reviewed Dr. Alghothani's experience, skills, and the salary survey data and recommends pay be set at: $288,500 |

## COMPENSATION PANEL RECOMMENDATION

| ASSIGNMENT/ PAY TABLE | TIER | PAY RANGE OR RATE |
|---|---|---|
| Table 4 | 1 | |

| LOCATION OF PANEL | ☐ VACO ☐ VISN | ☒ VAMC | WJB DORN VAMC, COLUMBIA SC |

### SIGNATURE OF PANEL MEMBERS (Additional signatures may be provided on an attached sheet.)

| CHAIRPERSON (Print name below) | SIGNATURE | DATE |
|---|---|---|
| Oladipo Kukoyi, MD | | 5/28/14 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| Alan Carr, MD | | 5/28/2014 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| Ijeoma Kene-Ewulu, MD | | 5/28/2014 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| | | |
| HR TECHNICAL ADVISOR (Print name below) | SIGNATURE | DATE |
| | Therese Mazloom | 28/201 |

## PART C - ACTION BY APPROVING OFFICIAL

| ANNUAL RATE OF PAY (Base Pay + Market Pay) | $98,967 + $189,533 = 288,500 |
|---|---|

**COMMENTS**

Timothy B. McMurry
Medical Center Director

| APPROVAL (Print name and title) | SIGNATURE | DATE |
|---|---|---|
| Charles E. Sepich, FACHE<br>Director, VA Southeast Network, VISN 7 | Charles E. Sepich, FACHE | 6/17/14 |

DEC 2005  10-0432A

Page 2 of 2

**Kennedy_5**