# EXHIBIT O
(to Plaintiff's Motion for Partial Summary Judgment)

Plaintiff's Deposition Exhibit 4
(private information removed)

\* in effect 12/14

| EMPLOYEE | BASE PAY | MARKET PAY | ANNUAL SALARY | COMMENTS |
|---|---|---|---|---|
| RICHARD KENNEDY / DOB: 6/29/1951 | $ 125,359 | $ 167,738 | $ 293,097 | |
| WILLIAM PRYOR / DOB: 09/17/1954 | $ 112,163 | $ 176,911 | $ 289,074 | |
| ROBERT MILLER / DOB: 12/27/1957 | $ 112,163 | $ 204,837 | $ 317,000 | |
| BRADLEY PENDER / DOB: 9/12/1957 | $ 102,266 | $ 187,246 | $ 289,512 | |
| DZUNG NGUYEN / DOB: 10/8/1962 | $ 98,967 | $ 190,513 | $ 289,480 | |
| NAEL ALGHOTHANI / DOB: 3/25/1966 | $ 98,967 | $ 189,533 | $ 288,500 | |


EXHIBIT P-4

Kennedy_90

ROBERT MILLER / DOB: [redacted 12/27/1957]

| EMPLOYEE | DATE OF ACTION | BASE PAY | MARKET PAY | PERFORMANCE PAY | COMMENTS |
|---|---|---|---|---|---|
| | 2/6/2005 | $ 116,517 | $ - | | INITIAL APPOINTMENT |
| | 1/8/2006 | $ 90,000 | $ 150,000 | | GENERAL ADJUSTMENT |
| | 1/7/2007 | $ 91,530 | $ 150,000 | | GENERAL ADJUSTMENT |
| | 1/6/2008 | $ 96,945 | $ 150,000 | | GENERAL ADJUSTMENT  BIENNIAL REVIEW / |
| | 2/17/2008 | $ 96,945 | $ 175,055 | | CHANGE IN ASSIGNMENT |
| | 1/4/2009 | $ 99,757 | $ 175,055 | | GENERAL ADJUSTMENT |
| | 2/1/2009 | $ 102,975 | $ 175,055 | | LONGEVITY STEP INCREASE |
| | 1/3/2010 | $ 104,521 | $ 175,055 | | GENERAL ADJUSTMENT |
| | 1/17/2010 | $ 104,521 | $ 187,411 | | BIENNIAL REVIEW |
| | 1/30/2011 | $ 107,788 | $ 187,411 | | LONGEVITY STEP INCREASE |
| | 3/1/2012 | $ 107,788 | $ 187,411 | | BIENNIAL REVIEW |
| | 1/27/2013 | $ 111,055 | $ 187,411 | | LONGEVITY STEP INCREASE |
| | 5/5/2013 | $ 111,055 | $ 197,411 | | CHANGE IN ASSIGNMENT |
| | 1/12/2014 | $ 112,163 | $ 197,411 | | GENERAL ADJUSTMENT |
| | 4/20/2014 | $ 112,163 | $ 204,837 | | BIENNIAL REVIEW |
| | | | | $ 5,000 | FY06 P4P |
| | | | | $ 15,000 | FY07 P4P |
| | | | | $ 15,000 | FY08 P4P |
| | | | | $ 15,000 | FY09 P4P |
| | | | | $ 15,000 | FY10 P4P |
| | | | | $ 15,000 | FY11 P4P |
| | | | | $ 15,000 | FY12 P4P |
| | | | | $ 10,000 | FY13 P4P |

Kennedy_91

| EMPLOYEE | DATE OF ACTION | BASE PAY | MARKET PAY | PERFORMANCE PAY | COMMENTS |
|---|---|---|---|---|---|
| WILLIAM PRYOR / DOB 09/17/1954 | 7/1/1981 | $ 15,078 | | | INITIAL APPOINTMENT (PG1) |
| | 9/1/1981 | $ 16,397 | | | PAY ADJUSTMENT |
| | 7/1/1982 | $ 17,292 | | | PROMOTION (PG2) |
| | 1/1/1983 | $ 17,637 | | | GENERAL ADJUSTMENT |
| | 7/1/1994 | $ 33,155 | | | APPT (PG3) |
| | 2/22/2005 | $ 116,517 | | | INITIAL PERM APPT |
| | 1/8/2006 | $ 118,957 | | | GENERAL ADJUSTMENT |
| | 1/8/2006 | $ 90,000 | $ 150,000 | | GENERAL ADJUSTMENT |
| | 1/7/2007 | $ 91,530 | $ 150,000 | | GENERAL ADJUSTMENT |
| | 3/4/2007 | $ 94,581 | $ 150,000 | | LONGEVITY STEP INCREASE |
| | 1/6/2008 | $ 96,945 | $ 150,000 | | GENERAL ADJUSTMENT |
| | 1/20/2008 | $ 96,945 | $ 165,055 | | BIENNIAL REVIEW |
| | 1/4/2009 | $ 99,757 | $ 165,055 | | GENERAL ADJUSTMENT |
| | 3/1/2009 | $ 102,975 | $ 165,055 | | LONGEVITY STEP INCREASE |
| | 1/3/2010 | $ 104,521 | $ 165,055 | | GENERAL ADJUSTMENT |
| | 1/17/2010 | $ 104,521 | $ 176,911 | | BIENNIAL REVIEW |
| | 2/27/2011 | $ 107,788 | $ 176,911 | | LONGEVITY STEP INCREASE |
| | 3/1/2012 | $ 107,788 | $ 176,911 | | BIENNIAL REVIEW |
| | 2/24/2013 | $ 111,055 | $ 176,911 | | LONGEVITY STEP INCREASE |
| | 1/12/2014 | $ 112,163 | $ 176,911 | | GENERAL ADJUSTMENT |
| | 4/6/2014 | $ 112,163 | $ 176,911 | | BIENNIAL REVIEW |
| | | | | $ 5,000 | FY06 P4P |
| | | | | $ 15,000 | FY07 P4P |
| | | | | $ 15,000 | FY08 P4P |
| | | | | $ 15,000 | FY09 P4P |
| | | | | $ 15,000 | FY10 P4P |
| | | | | NO RECORD | FY11 P4P |
| | | | | $ 750 | FY12 P4P |
| | | | | $ 13,393 | FY13 P4P |

Kennedy_92

| EMPLOYEE | DATE OF ACTION | BASE PAY | MARKET PAY | PERFORMANCE PAY | COMMENTS |
|---|---|---|---|---|---|
| BRADLEY PENDER / DOB: 9/12/1957 | 10/23/2011 | $ 97,987 | $ 181,013 | | INITIAL APPOINTMENT |
| | 10/20/2013 | $ 101,254 | $ 181,013 | | LONGEVITY STEP INCREASE |
| | 11/3/2013 | $ 101,254 | $ 187,246 | | BIENNIAL REVIEW |
| | 1/12/2014 | $ 102,266 | $ 181,013 | | GENERAL ADJUSTMENT |
| | | | | $ 13,950 | FY12 P4P |
| | | | | $ 14,464 | FY13 P4P |

| EMPLOYEE | DATE OF ACTION | BASE PAY | MARKET PAY | PERFORMANCE PAY | COMMENTS |
|---|---|---|---|---|---|
| DZUNG NGUYEN / DOB: 9/8/1962 | 1/12/2014 | $ 98,967 | $ 190,513 | | INITIAL APPOINTMENT |

| EMPLOYEE | DATE OF ACTION | BASE PAY | MARKET PAY | PERFORMANCE PAY | COMMENTS |
|---|---|---|---|---|---|
| NAEL ALGHOTHANI / DOB: 03/25/1966 | | $ 98,967 | $ 189,533 | | INITIAL PAY APPROVED |

| EMPLOYEE | DATE OF ACTION | BASE PAY | MARKET PAY | PERFORMANCE PAY | COMMENTS |
|---|---|---|---|---|---|
| MICHAEL CARTER / DOB: 12/29/1958 | 9/11/2011 | $ 97,987 | $ 187,013 | | INITIAL APPOINTMENT |
| | 9/8/2013 | $ 101,254 | $ 187,013 | | LONGEVITY STEP INCREASE |
| | | | | $ 13,050 | FY12 P4P |

Kennedy_93

**EMPLOYEE**: STEVEN LEDER / DOB: 09/26/1958

| DATE OF ACTION | BASE PAY | MARKET PAY | PERFORMANCE PAY | COMMENTS |
|---|---|---|---|---|
| 2008 | $ 93,818 | $ 168,182 | | INITIAL PAY DETERMINATION |
| 2010 | $ 97,987 | $ 179,970 | | BIENNIAL REVIEW |
| 2010 | $ 101,254 | $ 179,970 | | LONGEVITY STEP INCREASE |
| 2012 | $ 101,254 | $ 179,970 | | BIENNIAL REVIEW |
| 10/21/2012 | $ 104,521 | $ 179,970 | | LONGEVITY STEP INCREASE |
| | | | EOPF NOT AVAILABLE TO REVIEW FOR PMT AMT | FY08 P4P FY09 P4P FY10 P4P FY11 P4P |

**EMPLOYEE**: JEROME DAVIS / DOB: 12/14/1948

| DATE OF ACTION | BASE PAY | MARKET PAY | PERFORMANCE PAY | COMMENTS |
|---|---|---|---|---|
| 2008 | $ 93,818 | $ 168,182 | | INFO FROM VISTA NO ACCESS TO EOPF |

**EMPLOYEE**: OWAYED ALNOWAISER / DOB: 2/20/1949

| DATE OF ACTION | BASE PAY | MARKET PAY | PERFORMANCE PAY | COMMENTS |
|---|---|---|---|---|
| | $ 97,632 | $ 170,419 | | INFO FROM VISTA NO ACCESS TO EOPF |

Kennedy_94

SVS CHIEF -- NEED COMP PANEL FOR THIS...

SUPERVISOR

Kennedy_95

RESIDENT APPT

Kennedy_96

SEE IF TM HAS HARDCOPY
SEE IF TM HAS HARDCOPY
SEE IF TM HAS HARDCOPY
SEE IF TM HAS HARDCOPY
SEE IF TM HAS HARDCOPY

Kennedy_97