# EXHIBIT P
(to Plaintiff's Motion for Partial Summary Judgment)

Plaintiff's Deposition Exhibit 9

| | |
|---|---|
| **From:** | Lawrence Kerr |
| **To:** | Dekoning, Bernard |
| **Cc:** | Nichols, Tamara |
| **Subject:** | [EXTERNAL] Dr. Richard Kennedy correspondence re: Market Pay |
| **Date:** | Monday, February 09, 2015 8:32:55 PM |
| **Attachments:** | E mail to Edith Lewis (2).docx |
| | COMPARISON OF TOTAL SALARIES AS OF 2.docx |
| | DAMAGES.docx |
| | MARKET PAY.docx |
| | BASE PAY TOTAL PAY.docx |
| | EXPERIENCE COMPARED TO KENNEDY.docx |
| | YEARS OF EXPERIENCE.docx |
| | TOTAL PAY.docx |
| | COMPARISON OF AGE AND MARKET PAY.docx |
| | 2006.docx |
| | 2008.docx |
| | 2010.docx |
| | 2012.docx |
| | 2014.docx |

Dear Dr. Dekoning,

As per Dr. Kennedy's request, please find attached a copy of the letter and attachments sent to Dorn VA counsel, Ms. Lewis. I believe this letter and the accompanying attachments elucidate Dr. Kennedy's concerns in this matter and provide what we believe is strong support for his position.

Upon Dr. Kennedy's consent, if I can assist you in evaluating and resolving this matter please do not hesitate to contact me. By copy of this email, I am sending same to Ms. Tamara Nichols.

Thank you for your review of this perplexing issue.

Very truly yours,
Lawrence S. Kerr, M.D., J.D.


EXHIBIT P-9

**Kennedy_VA_1308**

**Nichols, Tamara**

| | |
|---|---|
| **From:** | Lewis, Edith |
| **Sent:** | Monday, February 09, 2015 7:55 AM |
| **To:** | Nichols, Tamara |
| **Subject:** | FW: [EXTERNAL] Dr. Richard Kennedy's claim relating to "market pay" |
| **Attachments:** | E mail to Edith Lewis (2).docx; EEO official complaint.docx; COMPRARISON OF TOTAL SALARIES AS OF 2.docx; DAMAGES.docx; MARKET PAY.docx; BASE PAY TOTAL PAY.docx; EXPERIENCE COMPARED TO KENNEDY.docx; YEARS OF EXPERIENCE.docx; TOTAL PAY.docx; COMPARISON OF AGE AND MARKET PAY.docx; 2006.docx; 2008.docx; 2010.docx; 2012.docx; 2014.docx |
| **Follow Up Flag:** | Follow up |
| **Due By:** | Tuesday, February 17, 2015 4:00 PM |
| **Flag Status:** | Flagged |

Fyi-also see damages attachment for monetary amount demanded via approximately 125k through 2014.

Edith W. Lewis
Attorney
Department of Veterans Affairs
Office of Regional Counsel
803-647-5793 (direct line)
803-647-5839 (main line)
803-647-2891 (fascimile)

**From:** Lawrence Kerr [mailto:kerr911@gmail.com]
**Sent:** Sunday, December 28, 2014 10:35 PM
**To:** Lewis, Edith
**Subject:** [EXTERNAL] Dr. Richard Kennedy's claim relating to "market pay"

Dear Edith,

Thank you for discussing this matter recently with me by telephone. As I indicated at that time, I am sending you a thorough discussion of Dr. Kennedy's position similar to what was presented at mediation. Also at Dr. Kennedy's request, I am sending supplemental documentation prepared by Dr. Kennedy in support of his claim. Some of these documents were presented at mediation. I realize that you requested a shorter version of things but Dr. Kennedy felt it would be of greater assistance to those persons reviewing this matter to have all the facts as we see them and for the reviewers to have a full exposition of Dr. Kennedy's position.

As we discussed, you may present this information to the pertinent persons as you see fit. I hope that upon further review, these troubling issues can be resolved fairly and expeditiously.

Again, thank you for your consideration in this matter. Please contact me with any questions or concerns. As a personal aside, I hope all goes well with your upcoming surgery.

Very truly yours,
Larry Kerr

1
**Kennedy_VA_1677**

## COMPRARISON OF TOTAL SALARIES AS OF 2/28/14

Kennedy compared to Pryor                Kennedy salary $724 more than Pryor's

Yet, Kennedy has slightly more years of anesthesia experience and 7 more years of VA experience. The extra 7 years of VA experience is deemed to be worth a whopping $724. But, then Dr. Kennedy is 3 years older than Dr. Pryor.

Kennedy compared to Pender               Kennedy salary $286 more than Pender's

Yet, Kennedy has 2 more years of anesthesia experience and 13 more years of VA experience. So, this total of 15 more years of experience under the market pay statute is deemed by the DornVA to be worth a whopping $286. But, then Dr. Kennedy is 7 years older than Dr. Pender.

**Kennedy_VA_1373**

MARKET PAY

| Name | Date | Amount | Note |
|---|---|---|---|
| Kennedy | 02/28/14 | 167,738 | (Biennial review) |
| | 03/01/12 | 167,738 | (Biennial review) |
| | 01/11/10 | 167,738 | (Biennial review) |
| | 12/14/07 | 156,000 | (Biennial review) |
| | 03/08/06 | 156,000 | (Initial determination) |
| Miller | 02/24/14 | 204,837 | (Increased from 197,411) |
| | 05/05/13 | 197,411 | (Change in assignment)* |
| | 03/01/12 | 187,411 | (Biennial review)* |
| | 01/17/10 | 187,411 | (Biennial review)* |
| | 02/17/08 | 175,055 | (Change in assignment)* |
| | 12/13/08 | 175,055 | (Special panel, re becoming Chief) |
| | 01/06/08 | 150,000 | (Biennial review)* |
| | 03/08/06 | 150,000 | (Initial determination) |
| Pryor | 02/28/14 | 176,911 | (Biennial review) |
| | 03/01/12 | 176,911 | (Biennial review) |
| | 01/11/10 | 176,911 | (Biennial review) |
| | 12/14/07 | 165,055 | (Biennial review) |
| | 03/08/06 | 150,000 | (Initial determination) |
| Pender | 11/26/13 | 187,246 | (Biennial review) |
| | 09/02/11 | 181,246 | (Initial determination) |
| Nguyen | 11/07/13 | 190,513 | (Initial determination) |
| Alghothani | 05/28/14 | 189,533 | (Initial determination) |
| Carter | 08/05/11 | 187,013 | (Initial determination) |
| Leder | 03/01/12 | 179,970 | (Biennial review) |
| | 01/11/10 | 179,970 | (Biennial review) |
| | 10/08/08 | 168,182 | (Initial determination) |

*No FOIA documents produced re compensation panel

**Kennedy_VA_1375**

|  | BASE PAY |  |  | TOTAL PAY |
|---|---|---|---|---|
| Kennedy | 02/28/14 | 122,060 |  | 289,798 |
|  | 03/01/12 | 117,589 |  | 285,327 |
|  | 01/11/10 | 114,322 |  | 282,060 |
|  | 12/14/07 | 106,326 |  | 262,326 |
|  | 03/08/06 | 99,000 |  | 255,000 |
| Miller | 02/24/14 | 112,163 |  | 317,000 |
|  | 05/05/13 | 111,055 |  | 308,466 |
|  | 03/01/12 | 107,788 |  | 295,411 |
|  | 01/17/10 | 104,521 |  | 291,932 |
|  | 02/17/08 | 96,945 |  | 272,000 |
|  | 12/13/08 | 96,945 |  | 272,000 |
|  | 01/06/08 | 96,945 |  | 246,945 |
|  | 03/08/06 | 90,000 |  | 240,000 |
| Pryor | 02/28/14 | 112,163 |  | 289,074 |
|  | 03/01/12 | 107,788 |  | 284,699 |
|  | 01/11/10 | 104,521 |  | 281,432 |
|  | 12/14/07 | 96,945 |  | 262,000 |
|  | 03/08/06 | 90,000 |  | 240,000 |
| Pender | 11/26/13 | 102,266 |  | 289,512 |
|  | 09/02/11 | 97,987 |  | 279,000 |
| Nguyen | 11/07/13 | 97,987 |  | 288,500 |
| Althothani | 05/28/14 | 98,967 |  | 288,500 |
| Carter | 08/05/11 | 97,987 |  | 285,000 |
| Leder | 03/01/12 | 117,589* |  | 281,224 |
|  | 01/11/10 | 97,987 |  | 277,957 |
|  | 10/08/08 | 93,818 |  | 262,000 |

## EXPERIENCE COMPARED TO KENNEDY

| Anesthesia Experience | | VA Experience |
|---|---|---|
| Pryor | -6 months less | 7 years less |
| Pender | -2 years less | 13 years less |
| Nguyen | -3 years more | 15 years less |
| Alghothani | -6 years less | 16 years less |
| Carter | -6 years more | 13 years less |
| Leder | -7 years more | 10 years less |

## YEARS OF EXPERIENCE (ANESTHESIA PLUS VA EXPERIENCE)

| 63 | KENNEDY    | 35 years |
|----|------------|----------|
| 60 | PRYOR      | 28 years |
| 57 | PENDER     | 20 years |
| 56 | LEDER      | 34 years |
| 55 | CARTER     | 28 years |
| 52 | NGUYEN     | 23 years |
| 49 | ALGHOTHANI | 13 years |

TOTAL PAY

### 2014

| Employee | Market Pay | Base Pay | Total |
|---|---|---|---|
| Kennedy | 167,738 | 122,060 | 289,798 |
| Pryor | 176,911 | 112,163 | 289,074 |
| Pender | 187,246 | 102,266 | 289,512 |
| Nguyen | 190,513 | 97,987 | 288,500 |
| Alghothani | 189,533 | 98,967 | 288,500 |

### 2010-11

| Employee | Market Pay | Base Pay | Total |
|---|---|---|---|
| Kennedy (1/2010) | 167,738 | 114,322 | 282,060 |
| Pryor (1/2010) | 176,911 | 104,521 | 281,432 |
| Leder (1/2010) | 179,970 | 97,987 | 277,957 |
| Carter (8/2011) | 187,013 | 97,987 | 285,000 |

**Kennedy_VA_1376**

## COMPARISON OF AGE AND MARKET PAY

| Age as of 12/10/14 | Employee | 2014 | 2012 | 2010 |
| --- | --- | --- | --- | --- |
| 63 | Kennedy | 167,738 | 167,738 | 167,738 |
| 60 | Pryor | 176,911 | 176,911 | 176,911 |
| 57 | Pender | 187,246 | 181,246 | |
| 56 | Leder | | 179,970 | 179,970 |
| 55 | Carter | 187,013 | 187,013 | |
| 52 | Nguyen | 190,513 | | |
| 49 | Alghothani | 189,533 | | |

2006

Kennedy, Miller and Pryor at Dorn VA

Initial Market pay determination under the new law:

3/08/06 Panel for all 3 physicians

James Farrell
Stephen Hawes
J. Jeffrey Brown
Rodney Reid

Kennedy    156,000
Miller     150,000
Pryor      150,000

2008

Kennedy and Pryor (no information provided for Miller)

2 year review

12/14/07 Panel to determine market pay for 2008 and 2009

James Farrell
Stephen Hawes
J. Jeffrey Brown

Kennedy   156,000 (no change)
Pryor     165,055 (increased from 150,000)

**Kennedy_VA_1368**

2010

Kennedy, Pryor, Leder

2 year review

01/11/10 Panel to determine market pay for 2010 and 2011

Stephen Hawes, Jr.
Ziad A. Al-Asaad
James J. Farrell

| | |
|---|---|
| Kennedy | 167,738 |
| Pryor | 176,911 |
| Leder | 179,970 |

**Kennedy_VA_1369**

2012

Kennedy, Pryor, Leder, Pender, Carter

2 year review for Kennedy, Pryor and Leder
Initial determination for Pender and Carter

03/1/12 Panel for Kennedy, Pryor and Leder (All management)

Alfred B. Boykin, Jr.
J. Jeffrey Brown
Stephen Hawes

| | |
|---|---|
| Kennedy | 167,738 |
| Pryor | 176,911 |
| Leder | 179,224 |

09/2/11 Panel for Pender (Initial determination)(All management)

Alfred B. Boykin, Jr.
J. Jeffrey Brown
Augustine Agocha

Pender    181,246

08/05/11 Panel for Carter (Initial determination)(All management)

Alfred B. Boykin, Jr.
J. Jeffrey Brown
Iva T. Chapple

Carter    187,013