# EXHIBIT Q
(to Plaintiff's Motion for Partial Summary Judgment)

Plaintiff's Deposition Exhibit 3

# Department of Veterans Affairs — COMPENSATION PANEL ACTION

| NAME | | LAST 4 DIGITS OF SSN | DATE |
|---|---|---|---|
| Kennedy, Richard | | [redacted] | May 1, 2015 |

| SERVICE/LOCATION | ASSIGNMENT | CURRENT TIER | ANNUAL SALARY |
|---|---|---|---|
| WJB Dorn VA, Columbia SC | Physician | Tier 1 | $294,351 |

## PART A - REASON FOR COMPENSATION PANEL REVIEW

- ( ) Initial Pay Determination
- ( ) Biennial Review
- (•) Other *(explain below)*

Request panel to review of annual salary (market and base)

The physician compensation panel has reviewed Dr. Kennedy's experience, skills, and the salary survey data and recommends no pay increase in pay per review of 5/1/2015.

| SUPERVISOR'S APPROVAL (Print name below) | SIGNATURE | DATE |
|---|---|---|
| Robert J. Miller, D.O. | [signed] | 5/2/15 |

**PARTS B AND C TO BE COMPLETED BY COMPENSATION PANEL AND APPROVING OFFICIAL**

## PART B - PANEL FINDINGS

*Consideration of the Panel shall take into account the (1) level of experience in a specialty or assignment; (2) need for the specialty/assignment at the facility; (3) health care labor market for the specialty/assignment; (4) board certifications; (5) accomplishments in the specialty or assignment; (6) prior VHA experience; (7) other considerations/comments; and (8) non-foreign cost-of-living allowance.*

See attached documentation.

**EXHIBIT P-3**

IF BOARD CERTIFIED: Anesthesiologist

VA FORM
DEC 2005 **10-0432A**

### PANEL FINDINGS - Continued

Pay includes compensation for being Board Certified. If Board Certification is not maintained it will result in an adverse effect on total compensation.

If position responsibilities change, another pay panel will be convened to determine appropriate compensation.

The physician compensation panel has reviewed all pertinent data to include education, experience, special skills, and recommends pay be set at: $ _No Change_.

### COMPENSATION PANEL RECOMMENDATION

| ASSIGNMENT/ PAY TABLE | TIER | PAY RANGE OR RATE |
|---|---|---|
| Table 4/Anesthesia | 1 | $99,957 - $325,000 |

| LOCATION OF PANEL | ☐ VACO ☐ VISN | ☒ VAMC | WJB DORN VAMC, COLUMBIA SC |

#### SIGNATURE OF PANEL MEMBERS (Additional signatures may be provided on an attached sheet.)

| Role | Name | Date |
|---|---|---|
| CHAIRPERSON | Ziad AL-Assaad, MD | 5/1/15 |
| MEMBER | Noah Downie | 5/1/15 |
| MEMBER | Wm J. Gn | 05/01/2015 |
| MEMBER | | |
| HR TECHNICAL ADVISOR | Vincent B. Vriesenga | 5/1/15 |

### PART C - ACTION BY APPROVING OFFICIAL

ANNUAL RATE OF PAY (Base Pay + Market Pay)   $124,613 + $147,738 = $294,351

COMMENTS

| APPROVAL (Print name and title) | SIGNATURE | DATE |
|---|---|---|
| Timothy B. McMurry, Medical Center Director | | 5-5-15 |

VA FORM DEC 2005 **10-0432A**

Page 2 of 2

**Kennedy_VA_262**

1. Dr. Kennedy has over 20 years of experience as an Anesthesiologist while working at Dorn VA Medical Center. His level of experience has successfully allowed him to manage patients under general, regional, and MAC anesthesia. He consistently maintains educational competence in both TMS and CME requirements for medical licensure. On numerous occasions he has been requested to write Dorn VA Medical Center policies and Anesthesiology Service Standard Operating Procedures (SOPs). He recently completed Anesthesiology Service SOP 21-A (Infection Control Policy).

2. The need to retain and maintain this specialty is critical to the success of Dorn VA Medical Center, Anesthesiology and Surgical Services. Currently, Anesthesiology Service has aggressively recruited and filled all Anesthesiologists vacancies. If the service cannot maintain comparable pay compensation and assigned personnel depart due to pay compensation this will directly affect patient care and services provided by the Dorn VA Medical Center. Dr. Kennedy is well trained and with his experience and leadership abilities that he possesses he is a valuable member of the Dorn anesthesia team.

3. The market pay determination was based on the AAMC Southern-Region Survey data that showed a median base salary of $331,000 for an Associate Professor. The 2014 Hay group data provides median total cash compensation of $306,000 for anesthesiologist.

4. Dr. Kennedy is an ABA board certified in Anesthesiologist with over 17 years of experience.

5. He is well qualified and has held several positions of responsibilities. During the absence of the Chief he served as Acting Chief, Anesthesiology Service at the Dorn VA Medical Center. He completed an Internship (1992) and Residency (1995) at Richland Memorial Hospital. Dr. Kennedy possesses some of the most unique skills and competencies for this specialty. He has the technical expertise and leadership qualities needed to perform his duties as a senior anesthesiologist.

6. Dr. Kennedy has 20 years VHA experience.

7. Dr. Kennedy served for six months as Chair of the Non-Operating Room invasive procedure sub-council. He once taught medical students from USC School of Medicine in conjunction with the Chief of Respiratory Therapy, chaired the Sedation Committee and coordinated and conducted Out of the Airway Management Course (OOORAM). On numerous occasions he served as the Acting Chief of Anesthesiology Service during the absence of the chief.

8. n/a

## Department of Veterans Affairs — COMPENSATION PANEL ACTION

| NAME | | LAST 4 DIGITS OF SSN | DATE |
|---|---|---|---|
| KENNEDY, RICHARD M. III | | 3581 | Feb 26, 2014 |

| SERVICE/LOCATION | ASSIGNMENT | CURRENT TIER | ANNUAL SALARY |
|---|---|---|---|
| WJB Dorn VAMC | Columbia, SC | 1 | 289,798 |

### PART A – REASON FOR COMPENSATION PANEL REVIEW

Initial Pay Determination ○   Biennial Review ●   Other *(explain below)* ○

Request no increase in pay. Currently his annual is $289,798 plus $15,000 physician's performance bonus pay with a total of $304,798.

| SUPERVISOR'S APPROVAL *(Print name below)* | SIGNATURE | DATE |
|---|---|---|
| Robert J. Miller, D.O., Chief of Anesth | *[signed]* | Feb 26, 2014 |

**PARTS B AND C TO BE COMPLETED BY COMPENSATION PANEL AND APPROVING OFFICIAL**

### PART B – PANEL FINDINGS

*Consideration of the Panel shall take into account the (1) level of experience in a specialty or assignment; (2) need for the specialty/assignment at the facility; (3) health care labor market for the specialty/assignment; (4) board certifications; (5) accomplishments in the specialty or assignment; (6) prior VHA experience; (7) other considerations/comments; and (8) non-foreign cost-of-living allowance.*

VA FORM DEC 2005 **10-0432A**

Page 1 of 2



**Kennedy_VA_12**

This is an 'official' document generated from the EHRI eOPF system.

### PANEL FINDINGS - Continued

Comp panel recommends no increase in pay

### COMPENSATION PANEL RECOMMENDATION

| ASSIGNMENT/ PAY TABLE | TIER | PAY RANGE OR RATE |
|---|---|---|
| Anesthesiol / 4 | 1 | 289,798 |

LOCATION OF PANEL  ☐ VACO  ☐ VISN  ☒ VAMC  Dorn VA Medical Center

#### SIGNATURE OF PANEL MEMBERS (Additional signatures may be provided on an attached sheet)

| CHAIRPERSON (Print name below) | SIGNATURE | DATE |
|---|---|---|
| Daniel S. Jokensen | | 02/28/2014 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| Kurt A. Pickering | | 2/28/2014 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| D. Lang McGee | | 2/28/2014 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| | | |
| HR TECHNICAL ADVISOR (Print name below) | SIGNATURE | DATE |
| Therese Marloom | | 2/28/2014 |

### PART C - ACTION BY APPROVING OFFICIAL

ANNUAL RATE OF PAY (Base Pay + Market Pay)   122,060 + 167,738 = 289,798

COMMENTS

No change

David L. Omura, DPT, MHA, MS
Acting Medical Center Director

SIGNATURE   DATE 4/4/14

DEC 2005 10-0432A

Page 2 of 2

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

# Department of Veterans Affairs — COMPENSATION PANEL ACTION

| NAME | LAST 4 DIGITS OF SSN | DATE |
|---|---|---|
| KENNEDY, RICHARD M | 3681 | 03/01/2012 |

| SERVICE/LOCATION | ASSIGNMENT | CURRENT TIER | ANNUAL SALARY |
|---|---|---|---|
| Perioperative & Pain Medicine | Anesthesiology | 1 | $285,327 |

## PART A - REASON FOR COMPENSATION PANEL REVIEW

Initial Pay Determination ○   Biennial Review ●   Other *(explain below)* ○

| SUPERVISOR'S APPROVAL (Print name below) | SIGNATURE | DATE |
|---|---|---|
| | | |

## PARTS B AND C TO BE COMPLETED BY COMPENSATION PANEL AND APPROVING OFFICIAL

### PART B - PANEL FINDINGS   Any data typed after screen scrolls will not print

*Consideration of the Panel shall take into account the (1) level of experience in a specialty or assignment; (2) need for the specialty/assignment at the facility; (3) health care labor market for the specialty/assignment; (4) board certifications; (5) accomplishments in the specialty or assignment; (6) prior VHA experience; (7) other considerations/comments; and (8) non-foreign cost-of-living allowance.*

In accordance with HRML 05-11-06, the compensation panel recommends no change in market pay.
Survey Data, Hay Group Comp data May 2011
Anesthesiology (4329) :           P75       MED       P25       Avg
SC - Columbia Avg diff           $358.8K   $297.9K   $251.6    $298K

Assignments:  Anesthesiology

Pay includes compensation for being Board Certified.  If Board Certification is not maintained it will result in an adverse effect on total compensation.

If position responsibilities change, another pay panel will be convened to determine appropriate compensation.

VA FORM
DEC 2005 **10-0432A**

Kennedy_VA_21

Page 1 of 2 

This is an 'official' document generated from the EHRI eOPF system.

## PANEL FINDINGS - Continued

## COMPENSATION PANEL RECOMMENDATION

| ASSIGNMENT/ PAY TABLE | TIER | PAY RANGE OR RATE |
|---|---|---|
| Pay Table 4 | 1 | $97,987 - $295,000 |

| LOCATION OF PANEL | ☐ VACO  ☐ VISN | ☒ VAMC | WJB DORN VAMC COLUMBIA SC |

### SIGNATURE OF PANEL MEMBERS (Additional signatures may be provided on an attached sheet)

| Role | Name | Date |
|---|---|---|
| CHAIRPERSON | Alfred B. Boykin Jr., M.D. | 03/01/2012 |
| MEMBER | J. Jeffrey Brown, M.D. | 03/01/2012 |
| MEMBER | Stephen Hawes, M.D. | 03/01/2012 |
| MEMBER | | |
| HR TECHNICAL ADVISOR | Therese Mazloom | 03/01/2012 |

## PART C - ACTION BY APPROVING OFFICIAL

**ANNUAL RATE OF PAY** *(Base Pay + Market Pay)*   ($117,589 + $167,738) = $285,327 pa

**COMMENTS**
NO CHANGE IN MARKET PAY.

| APPROVAL (Print name and title) | SIGNATURE | DATE |
|---|---|---|
| Rebecca J. Stackhouse, FACHE, Acting M__ | | 5-7-__ |

VA FORM
DEC 2005 **10-0432A**

Kennedy_VA_22

Page

This is an 'official' document generated from the EHRI eOPF system.

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

## Department of Veterans Affairs — COMPENSATION PANEL ACTION

| NAME | SOCIAL SECURITY NO. | DATE |
|---|---|---|
| KENNEDY, RICHARD M III | XXX-XX-3681 | 1/11/2010 |

| SERVICE/LOCATION | ASSIGNMENT | CURRENT TIER | ANNUAL SALARY |
|---|---|---|---|
| SURGICAL SERVICE | ANESTHESIOLOGY | | $268,629 |

### PART A - REASON FOR COMPENSATION PANEL REVIEW

Initial Pay Determination ○    Biannual Review ●    Other (explain below) ○

| SUPERVISOR'S APPROVAL (Print name below) | SIGNATURE | DATE |
|---|---|---|
|  |  |  |

### PARTS B AND C TO BE COMPLETED BY COMPENSATION PANEL AND APPROVING OFFICIAL

### PART B - PANEL FINDINGS

*Consideration of the Panel shall take into account the (1) level of experience in a specialty or assignment; (2) need for the specialty/assignment at the facility; (3) health care labor market for the specialty/assignment; (4) board certifications; (5) accomplishments in the specialty or assignment; (6) prior VHA experience; (7) other considerations/comments; and (8) non-foreign cost-of-living allowance.*

The compensation panel met and recommended a 5% increase based on the 2007 - 2008 AAMC data.

Survey Data: Asst Prof / Assoc Prof / Professor
AAMC:        $269K      $302K      $332K

Dr. Kennedy is a board certified anesthesiologist with over 15 years of experience.

Assignments: Anesthesiology

If position responsibilities change, another pay panel will be convened to determine appropriate compensation.

VA FORM
DEC 2005 10-0432A

Page 1 of 2



### PANEL FINDINGS - Continued

### COMPENSATION PANEL RECOMMENDATION

| ASSIGNMENT/ PAY TABLE | | TIER | PAY RANGE OR RATE |
|---|---|---|---|
| Surgery / Table 4 | | 1 | $97,987 - $295,000 |

| LOCATION OF PANEL | ☐ VACO ☐ VISN | | ☒ VAMC | WJB DORN VAMC, COLUMBIA SC |

#### SIGNATURE OF PANEL MEMBERS (additional signatures may be provided on an attached sheet)

| CHAIRPERSON (Print name below) | SIGNATURE | DATE |
|---|---|---|
| Stephen J. Hawes, Jr., MD | | 17/11/2010 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| Ziad A. Al-Assaad, MD | | 17/11/2010 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| James J. Farrell, MD | | 17/11/2010 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| | | |
| HR TECHNICAL ADVISOR (Print name below) | SIGNATURE | DATE |
| Tamara Nichols | | 17/11/2010 |

### PART C - ACTION BY APPROVING OFFICIAL

| ANNUAL RATE OF PAY (Base Pay + Market Pay) | ($114,322 + $167,738) = $282,060 |
|---|---|

**COMMENTS**

| APPROVAL (Print name and title) | SIGNATURE | DATE |
|---|---|---|
| Patricia O. Pittman, Medical Center Dir | | 5-25-10 |

VA FORM
DEC 2005 **10-0432A**

Page 2 of 2

Kennedy_VA_45 

This is an 'official' document generated from the FHRI eOPF system

## WM. JENNINGS BRYAN DORN
## DEPARTMENT OF VETERANS AFFAIRS MEDICAL CENTER
## COLUMBIA, SOUTH CAROLINA

### MEMORANDUM

Date: February 4, 2010

From: Director, Surgical Care Service Line (112)

Subj: Approval of exception to Under Secretary Health's established pay cap – Anesthesiology

To: VISN-7 Director (10N7)
Thru: Dorn Medical Center Director (00)
Chief of Staff (11)
Human Resources (05)

I recommend that Dr. Richard Kennedy receive an exception to the Under Secretary for Health's (USH) established pay cap of $275,000.

Dr. Kennedy is a valuable and senior member of our anesthesia staff. His market pay determination was based in part on the AAMC Southern-Region Survey data that showed a mean base salary of $307,000 for an Assistant Professor of Anesthesiology. Recently obtained data from the Ohio State University reveals the base pay to be $275,000 for a staff anesthesiologist who takes no call; all of our anesthesiologists share in nighttime and weekend call every fourth night.

J. Jeffrey Brown, MD

VA FORM 2105
MAR 1989

VHA Core Values: Trust - Respect - Excellence - Compassion - Commitment 

### Kennedy_VA_46
This is an 'official' document generated from the EHRI eOPF system. 

Page 2

Subj: Exception to the Under Secretary of Health's Established Pay Cap of $275,000

(Meets) / Does Not Meet Technical Requirements

Phyllis A. Jones
Chief, Human Resources Management

(Concur) / Nonconcur

Alfred B. Boykin, Jr., MD
Chief of Staff

(Concur) / Nonconcur

Patricia O. Pittman
Medical Center Director/CEO

(Approved) / Disapproved

Lawrence A. Biro
Network Director, VISN 7

**Kennedy_VA_47** 
This is an 'official' document generated from the EHRI eOPF system.

# Department of Veterans Affairs — COMPENSATION PANEL ACTION

| NAME | SOCIAL SECURITY NO. | DATE |
|---|---|---|
| KENNEDY, RICHARD M II | XXX-XX-XXXX | 12/14/2007 |

| SERVICE/LOCATION | ASSIGNMENT | CURRENT TIER | ANNUAL SALARY |
|---|---|---|---|
| Surgery | Anesthesiology | 1 | $259,734.00 |

### PART A - REASON FOR COMPENSATION PANEL REVIEW

- Initial Pay Determination  ○
- Biannual Review  ⦿
- Other *(explain below)*  ○

| SUPERVISOR'S APPROVAL (Print name below) | SIGNATURE | DATE |
|---|---|---|
|  |  |  |

### PARTS B AND C TO BE COMPLETED BY COMPENSATION PANEL AND APPROVING OFFICIAL

### PART B - PANEL FINDINGS   *Any data typed after screen scrolls will not print.*

*Consideration of the Panel shall take into account the (1) level of experience in a specialty or assignment; (2) need for the specialty/assignment at the facility; (3) health care labor market for the specialty/assignment; (4) board certifications; (5) accomplishments in the specialty or assignment; (6) prior VHA experience; (7) other considerations/comments; and (8) non-foreign cost-of-living allowance.*

```
Survey Data: Asst Prof / Assoc Prof / Professor
AAMC:        $228K         $229K        $262K

Dr. Kennedy is a board anesthesiologist with 10 years of experience.

Assignments:  Anesthesiology




*No change in market pay




If position responsibilities change, another pay panel will be convened to determine
appropriate compensation.
```

VA FORM
DEC 2005 **10-0432A**

Page 1 of 2

**Kennedy_VA_52**
This is an 'official' document generated from the EHRI eOPF system. 

| PANEL FINDINGS - Continued *Any dimmed text on screen scrolls will not print* |
|---|
| |

## COMPENSATION PANEL RECOMMENDATION

| ASSIGNMENT/ PAY TABLE | TIER | PAY RANGE OR RATE |
|---|---|---|
| Anesthesiology / Table 4 | 1 | $93,818 - $270,000 |

| LOCATION OF PANEL | ☐ VACO ☐ VISN | ☒ VAMC | WJB DORN VAMC, COLUMBIA SC |

### SIGNATURE OF PANEL MEMBERS (Additional signatures may be provided on an attached sheet.)

| CHAIRPERSON (Print name below) | SIGNATURE | DATE |
|---|---|---|
| James Farrell, MD | | 12/14/2007 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| Stephen Hawes, MD | | 12/14/2007 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| J.Jeffrey Brown, MD | | 12/14/2007 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| | | |
| HR TECHNICAL ADVISOR (Print name below) | SIGNATURE | DATE |
| Tamara Nichols | | 12/14/2007 |

## PART C - ACTION BY APPROVING OFFICIAL

| ANNUAL RATE OF PAY (Base Pay + Market Pay) | ($106,326 + $156,000) = $262,326 |
|---|---|

**COMMENTS**

| APPROVAL (Print name and title) | SIGNATURE | DATE |
|---|---|---|
| Brian Heckert, Medical Center Director | | 3-04-08 |

VA FORM
DEC 2005 **10-0432A**

Page 2 of 2


Kennedy_VA_53
This is an 'official' document generated from the EHRI eOPF system.

## Department of Veterans Affairs — COMPENSATION PANEL ACTION

| NAME | SOCIAL SECURITY NO. | DATE |
|---|---|---|
| KENNEDY, RICHARD M., III | 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 | Mar 8, 2006 |

| SERVICE/LOCATION | ASSIGNMENT | CURRENT TIER | ANNUAL SALARY |
|---|---|---|---|
| SURGICAL | ANESTHESIOLOGY | 1 | $181,957.00 |

### PART A - REASON FOR COMPENSATION PANEL REVIEW

Initial Pay Determination ⦿    Biannual Review ◯    Other *(explain below)* ◯

---

SUPERVISOR'S APPROVAL (Print name below): John J. Brown, MD
SIGNATURE: [signed] Jeffrey Brown
DATE: 3-8-06

### PARTS B AND C TO BE COMPLETED BY COMPENSATION PANEL AND APPROVING OFFICIAL

### PART B - PANEL FINDINGS

*Consideration of the Panel shall take into account the (1) level of experience in a specialty or assignment; (2) need for the specialty/assignment at the facility; (3) health care labor market for the specialty/assignment; (4) board certifications; (5) accomplishments in the specialty or assignment; (6) prior VHA experience; (7) other considerations/comments; and (8) non-foreign cost-of-living allowance.*

Dr. Kennedy is board certified in Anesthesiology.

Dr. Kennedy's market pay determination was based on the AAMC Southern-Region Survey which shows a median base salary of $258,000 for an Associate Professor and $285,000 for a Full Professor. This survey information assures that we are offering a salary that is competitive with the Southern-Region market and promotes the retention of highly qualified physicians.

VA FORM
DEC 2005  10-0432A

Page 1 of 2

**Kennedy_VA_56**

This is an 'official' document generated from the EHRI eOPF system.