| VA hire year: | 1998 | 2005 | 2011 | 2013 | 2014 |
|---|---|---|---|---|---|
| Birth year: | 1951 | 1954 | 1957 | 1962 | 1966 |
| Age at hire: | 47 | 51 | 54 | 51 | 48 |

| | | Kennedy | | | Pryor | | | Pender | | | Nguyen | | | Alghothani | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Years of Anes Exp | | | Years of Anes Exp | | | Years of Anes Exp | | | Years of Anes Exp | | | Years of Anes Exp | |
| YEAR | PAY TYPE | PAY $ | Total | VA | PAY $ | Total | VA | PAY $ | Total | VA | PAY $ | Total | VA | PAY $ | Total | VA |
| 2006 | Base | $102,000 | 11 | 8 | $90,000 | 10 | 1 | | | | | | | | | |
| | Market | $156,000 | | | $150,000 | | | | | | | | | | | |
| | Total | $258,000 | | | $240,000 | | | | | | | | | | | |
| 2007 | Base | $106,326 | 12 | 9 | $96,945 | 11 | 2 | | | | | | | | | |
| | Market | $156,000 | | | $150,000 | | | | | | | | | | | |
| | Total | $262,326 | | | $246,945 | | | | | | | | | | | |
| 2008 | Base | $109,453 | 13 | 10 | $96,945 | 12 | 3 | | | | | | | | | |
| | Market | $156,000 | | | $165,055 | | | | | | | | | | | |
| | Total | $265,453 | | | $262,000 | | | | | | | | | | | |
| 2009 | Base | $112,629 | 14 | 11 | $102,975 | 13 | 4 | | | | | | | | | |
| | Market | $156,000 | | | $165,055 | | | | | | | | | | | |
| | Total | $268,629 | | | $268,030 | | | | | | | | | | | |
| 2010 | Base | $117,589 | 15 | 12 | $104,521 | 14 | 5 | | | | | | | | | |
| | Market | $167,738 | | | $176,911 | | | | | | | | | | | |
| | Total | $285,327 | | | $281,432 | | | | | | | | | | | |
| 2011 | Base | $117,589 | 16 | 13 | $104,521 | 15 | 6 | $97,987 | 14 | 0 | | | | | | |
| | Market | $167,738 | | | $176,911 | | | $181,013 | | | | | | | | |
| | Total | $285,327 | | | $284,699 | | | $279,000 | | | | | | | | |
| 2012 | Base | $120,856 | 17 | 14 | $107,788 | 16 | 7 | $97,987 | 15 | 1 | | | | | | |
| | Market | $167,738 | | | $176,911 | | | $181,013 | | | | | | | | |
| | Total | $288,594 | | | $284,699 | | | $279,000 | | | | | | | | |
| 2013 | Base | $120,856 | 18 | 15 | $107,788 | 17 | 8 | $102,266 | 16 | 2 | $97,987 | 21 | 0 | | | |
| | Market | $167,738 | | | $176,911 | | | $187,246 | | | $190,513 | | | | | |
| | Total | $288,594 | | | $284,699 | | | $289,512 | | | $288,500 | | | | | |
| 2014 | Base | $122,060 | 19 | 16 | $112,163 | 18 | 9 | $102,266 | 17 | 3 | $98,967 | 22 | 1 | $98,967 | 13 | 0 |
| | Market | $167,738 | | | $176,911 | | | $187,246 | | | $190,513 | | | $189,533 | | |
| | Total | $289,798 | | | $289,074 | | | $289,512 | | | $289,480 | | | $288,500 | | |

**EXHIBIT 6**